IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND AND ITS JOINT BOARD OF TRUSTEES; DOUG CHRISTOPHER, as Trustee; DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE & JOURNEYMAN TRAINING TRUST FUND; RESILIENT FLOOR COVERING PENSION FUND, AND ITS BOARD OF TRUSTEES; STEVE HAVENS, as Trustee; CENTRAL COAST COUNTIES FLOOR COVERING INDUSTRY PENSION FUND, AND ITS BOARD OF TRUSTEES; and DISTRICT COUNCIL OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>     Plaintiffs,<br><br>  v.<br><br>FLOORTEC INC, a California Corporation,<br><br>     Defendant.<br>_____/ | No. C 12-06341 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on January 25, 2013,

IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for March 20, 2013 is continued to May 1, 2013.

Dated: 1/28/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef

2